UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JONATHAN RANGEL, individually and on behalf of all other similarly situated persons,<br><br>      Plaintiffs,<br><br>vs.<br><br>DMV PROTECTION, LLC, and JOVAN VLADIC<br><br>      Defendants. | Case No. 1:25-cv-01288 |

## NOTICE OF APPEARANCE

  THE CLERK OF COURT will please note the appearance of Jill F. Helwig as Counsel of Record for Defendants DMV Protection, LLC, and Jovan Vladic in the above-styled matter.

| | |
|---|---|
| Date: November 14, 2025 | Respectfully Submitted,<br>DMV Protection, LLC, and<br>Jovan Vladic<br><br>By Counsel<br><br>   /s/ Jill F. Helwig<br>Jill F. Helwig, VSB No. 83202<br>Executive Law Partners, PLLC<br>11130 Fairfax Blvd., Ste. 303<br>Fairfax, VA 22030<br>(571) 500-1010<br>(571) 408-8102 facsimile<br>mjohns@xlppllc.com<br>*Counsel for Plaintiffs* |